FILED
CLERK, U.S. DISTRICT COURT

6/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-CR-00491-AH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |
| WRACKKIE QUIOGUE, | |
| Defendant. | |

The Grand Jury charges:

[26 U.S.C. § 5861(d)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant WRACKKIE QUIOGUE knowingly possessed a firearm, namely, a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1), and (f)(3), commonly known as a "Molotov cocktail," which defendant QUIOGUE knew to be a destructive device, and which had not been

//

//

registered to defendant QUIOGUE in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Chapter 53.

                                                A TRUE BILL

                                                /S/
                                                Foreperson

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

DAVID C. LACHMAN
Assistant United States Attorney
Terrorism and Export Crimes Section